ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN 26 AM 10: 10
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: LISTER W. HARRELL,    \*
                             \*   Case No. 314-158
    Debtor.              \*   (Bankr. Case No. 12-30112)

**O R D E R**

On December 10, 2014, Mr. Lister W. Harrell, a Chapter 7 debtor, filed a notice of appeal in the United States Bankruptcy Court in his case. (See Bankr. Case No. 12-30112 (S.D. Ga. Mar. 29, 2012).) Mr. Harrell purports to appeal from Orders entered in the Bankruptcy Court on March 27, 2013, April 29, 2013, and November 24, 2014.[1] Mr. Harrell did not pay the required appellate filing fee.

On November 18, 2014, the Bankruptcy Court issued a well-reasoned, detailed, fourteen-page Report and Recommendation, recommending denial of Mr. Harrell's in forma pauperis request. (Bankr. Doc. No. 410.) Upon consideration of the Report and Recommendation, and upon a de novo review of the underlying bankruptcy proceedings, the Court hereby **ADOPTS** the Report and Recommendation and therefore **DENIES** in forma pauperis status to Mr. Harrell.

---

[1] The record indicates that there was no order entered in the Bankruptcy Court on April 29, 2013.

This appeal is the **ninteenth** appeal filed by Mr. Harrell in the past year. He has not paid a filing fee for any appeal and has been denied in forma pauperis status in every appeal. There is no reason to believe that Mr. Harrell will comply with a directive to pay a filing fee given his failure to do so in any of the prior eighteen cases, all of which have now been dismissed. Accordingly, this appeal is **DISMISSED** for want of prosecution, and the Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of January, 2015.

UNITED STATES DISTRICT JUDGE